# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --          )
                         )
Didlake, Inc.          )    ASBCA No. 58589
                         )
Under Contract No. HQ0034-08-C-1021    )

APPEARANCE FOR THE APPELLANT:      Michael J. Slattery, Esq.
                                             Dickstein Shapiro LLP
                                             New York, NY

APPEARANCES FOR THE GOVERNMENT:      Donald W. Perkal, Esq.
                                             General Counsel
                                             Marina M. Kozmycz, Esq.
                                             Stephan Piel, Esq.
                                             Assistant General Counsel
                                             Washington Headquarters Services &
                                               Pentagon Force Protection Agency
                                             Washington, DC

## ORDER OF DISMISSAL

The appeal has been settled. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 7 May 2014

                                        TERRENCE S. HARTMAN
                                        Administrative Judge
                                        Armed Services Board
                                        of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58589, Appeal of Didlake, Inc., rendered in conformance with the Board's Charter.

Dated:

                                        JEFFREY D. GARDIN
                                        Recorder, Armed Services
                                        Board of Contract Appeals